the judges of that court. In the mean time, the defendant must give bail for his appearance.

The proceedings which have been brought up by *certiorari*, not having been actually received, must be returned. If they had been *filed* here, they could not be sent back to the oyer and terminer ; no form of process for such purpose is to be found in the books ; but the court must have proceeded to try the defendant at bar, by a jury returned from *Dutchess*, or have sent the cause down to the next circuit to be held there. The court incline to the opinion, that in a capital case it would be otherwise, and that no such case could be sent down for trial.

*Vide Ludlow ads. The People, ante, p. 34.*

BENSON, J. suggested, that a *certiorari* for bringing up the proceedings in like cases, ought only to be allowed in open court.

### *Concklin* v. *Hart.*

ON affidavit that witnesses were so aged and infirm that they could not personally appear in court, it was moved that their depositions be taken, *de bene esse*, before one of the commissioners for taking affidavits; which was objected to, because the cause was not at issue, and because there was no precedent for such an application.

*Per Curiam.* This appears to be a proper case for granting a commission, and it may be applied for at any time after a suit is instituted.

                                        Motion granted.